Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Plaintiff / Attorney*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK L. JAVITCH<br><br>Plaintiff,<br><br>v.<br><br>LIFESTYLE DESIGN INTERNATIONAL, LLC, a Wyoming limited liability company, 2:20 MARKETING GROUP LLC, a Nevada limited liability company, AMBER LUTUI, an individual<br><br>Defendants. | Case No.: 3:19-cv-00470-EMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now Comes Plaintiff MARK L. JAVITCH, and Defendants LIFESTYLE DESIGN INTERNATIONAL LLC, 2:20 MARKETING GROUP, LLC and AMBER LUTUI, who, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims with prejudice, with each side bearing its own costs and attorney's fees.

Dated: March 13, 2020

Respectfully submitted,

Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney / Plaintiff*

/s/  David J. Kaminski
David J. Kaminski
Carlson & Messer LLP
5901 W. Century Blvd. #1200
Los Angeles, CA 90045
(310) 242-2200
(310) 242-2222
kaminskd@cmtlaw.com
Attorney for Defendants



Dated: March 16, 2020